JS-6

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

11   FANTASY FILES, LLC, a California
     Limited Liability Company,

Case No.:  2:23-cv-02541-JLS-PVC

12              Plaintiff

13        vs.                                    **JUDGMENT**

14
     SAM'S NAIL SUPPLY, a Texas
15   corporation,

16              Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

1    On April 4, 2023 Plaintiff Fantasy Files, LLC ("Fantasy Files") filed a Complaint

2  against Sam's Nail Supply ("Sam's") alleging (1) Federal Trademark Infringement

3  pursuant to 15 U.S.C. § 1114; (2) Federal Trade Dress Infringement pursuant to 15

4  U.S.C. § 1125(a); (3) Common Law Unfair Competition; and (4) California Statutory

5  Unfair Competition pursuant to Cal. Bus. & Prof. Code § 17200, et seq. against Sam's.

6    Sam's neither answered nor otherwise responded to the Complaint.

7    On May 26, 2023, the Clerk entered default against Sam's. (Doc. 17).

8    On August 21, 2023, the Court granted Fantasy Files' Motion for Default

9  Judgment against Sam's and entered an order thereon. (Doc. 21).

10    For the reasons set forth in the Court's order, IT IS HEREBY ORDERED,

11  ADJUDICATED, and DECREED that:

12    1.    Judgment is entered in favor of Fantasy Files and against Sam's.

13    2.    Sam's is ordered to pay Fantasy Files monetary damages in the amount of

14  Twenty Thousand Dollars ($20,000) plus post-judgment interest thereon.  Post-judgment

15  interest shall accrue beginning on the date of entry of this Judgment and accrue in the

16  amount of 1.5% per month.

17    3.    Sam's is further ordered to pay Fantasy Files' attorneys' fees in the amount

18  of Twenty Thousand, Five Hundred and Eighty-Four Dollars and Twenty Five Cents

19  ($20,584.25).

20    4.    Sam's is further ordered to pay Fantasy Files' costs that may be awarded to

21  it pursuant to L.R. 54-2.

22    **IT IS SO ORDERED.**

23

24

Dated: September 26, 2023    _____

25                                                HON. JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE

26

27

28

1